IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:22cr5-MHT** |
| | ) | **(WO)** |
| **JOLLAN JOHNSON** | ) | |

**ORDER**

This case is before the court on defendant Jollan Johnson's petition for early termination of supervised release. The court agrees that Johnson's supervision should be terminated early. Johnson has now been on supervised release for almost seven years. During that time, he has satisfied all of the conditions of his supervised release, including passing all of his drug tests, and, according to his supervising United States Probation Officer, he has "well positioned himself to be a productive citizen." Response to Court Order Regarding Early Termination (Doc. 5) at 2. Indeed, the court finds that he is, already, a productive citizen. He has maintained steady employment since his term of supervision began; has completed the Commercial Truck

Driving program at Reid State Technical College in Evergreen, Alabama, obtaining his Commercial Driver's License; has gained experience working for a commercial trucking company; and aspires to join a larger trucking company and to one day own his own commercial truck. The court wishes him the best of luck in these endeavors.  In addition, the government and probation do not oppose the motion.

Accordingly, it is ORDERED that:

(1) The petition for early termination of supervised release (Doc. 3) is granted.

(2) Defendant Jollan Johnson's term of supervised release is terminated effective immediately, and he is discharged.

DONE, this the 11th day of July, 2022.

                          /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE